Frank Kantor, for the use of L. T. Ellis Company, appellee, v. Empire Lumber Company, appellant. Gen. No. 33,282.

Opinion filed May 20, 1929.
Abraham Redman, for appellant. William S. Kleinman, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Christine Oeness, appellant, v. Michael Lunde, appellee. Gen. No. 33,309.

Opinion filed May 20, 1929.
Frank Moland, for appellant. John J. Sonsteby, for appellee; Joseph O. McKiernan, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

John W. Follmer et al., appellants, v. Bernard W. Snow et al., appellees. Gen. No. 33,316.

Opinion filed May 20, 1929.
Michael B. Roderick, for appellants. Aaron Soble and Jacob Kosbie, for appellees.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Max Levin, appellant, v. Chicago City Railway Company et al., appellees. Gen. No. 33,343.

Opinion filed May 20, 1929.
Alex Meyerovitz, for appellant. George W. Miller and Arthur J. Donovan, for appellees; Frank L. Kriete and Thomas J. Symmes, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.